1  MELINDA HAAG (CABN 132612)
   United States Attorney
2  ALEX G. TSE (CABN 152348)
   Chief, Civil Division
3  MELANIE L. PROCTOR (CSBN 228971)
   Assistant United States Attorney
4
         450 Golden Gate Avenue, Box 36055
5        San Francisco, California 94102-3495
         Telephone: (415) 436-6730
6        FAX: (415) 436-6748
         Email: melanie.proctor@usdoj.gov
7
   Attorneys for Defendants
8

9                          UNITED STATES DISTRICT COURT

10                        NORTHERN DISTRICT OF CALIFORNIA

11                                 OAKLAND DIVISION

12
   SUNITA KAPUR,                          )
13                                        )
         Plaintiff,                       )  C 14-0516 ~~DMR~~  RS
14                                        )
      v.                                  )   ORDER
15                                        )  STIPULATION TO EXTEND TIME WITHIN
   ERIC HOLDER, United States Attorney    )  WHICH THE DEFENDANTS MUST FILE AN
16 General; RAND BEERS, Acting Secretary of )  ANSWER
   the U.S. Department of Homeland Security; )
17 MARK HAZUDA, Director of U.S. Citizenship )
   and Immigration Services, Nebraska Service )
18 Center, Lincoln, Nebraska,             )
                                          )
19       Defendants.                      )
20 _____)

21

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28
   STIPULATION TO EXTEND TIME
   C14-0516 DMR                         1

Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to a 45-day extension of time within which the Defendants must serve its answer in the above-entitled action. The Defendants will file their answer on or before May 30, 2014. Defendants reserve the right to raise all applicable defenses in their response.

Respectfully submitted,

MELINDA HAAG
United States Attorney

Dated: April 7, 2014

/s/Melanie L. Proctor
MELANIE L. PROCTOR[1]
Assistant United States Attorney
Attorneys for Defendants

Dated: April 7, 2014

/s/Love Macione
LOVE MACIONE
Saad Ahmad & Associates
Attorneys for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: 4/16/14

United States District Judge

---

[1] I, Melanie L. Proctor, hereby attest that I obtained the concurrence of all signatories whose signatures are represented by a conformed /s/ signature in the filing of this document.

STIPULATION TO EXTEND TIME
C14-0516 DMR                                    2