MELINDA HAAG (CABN 132612)
United States Attorney
ALEX G. TSE (CABN 152348)
Chief, Civil Division
MELANIE L. PROCTOR (CABN 228971)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6730
    FAX: (415) 436-6748
    Email: melanie.proctor@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SUNITA KAPUR, <br><br> Plaintiff, <br><br> v. <br><br> ERIC HOLDER, United States Attorney General; RAND BEERS, Acting Secretary of the U.S. Department of Homeland Security; MARK HAZUDA, Director of U.S. Citizenship and Immigration Services, Nebraska Service Center, Lincoln, Nebraska, <br><br> Defendants. | C 14-0516 RS <br><br> STIPULATION TO DISMISS AND ~~PROPOSED~~ ORDER |

///
///
///
///
///
///

STIPULATION TO DISMISS
C14-0516 RS                                           1

Plaintiff, by and through her attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismiss the above-entitled action, without prejudice. The parties will bear their own costs and fees.

        Respectfully submitted,

        MELINDA HAAG
        United States Attorney

Dated: July 8, 2014

        /s/Melanie L. Proctor
        MELANIE L. PROCTOR[1]
        Assistant United States Attorney
        Attorneys for Defendants

Dated: July 8, 2014        /s/Love Macione
        LOVE MACIONE
        Saad Ahmad & Associates
        Attorneys for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED. This action is hereby DISMISSED, without prejudice. The parties shall bear their own costs and fees.

Dated: 7/10/14

        _____
        RICHARD SEEBORG
        United States District Judge

---

[1] I, Melanie L. Proctor, hereby attest that I obtained the concurrence of all signatories whose signatures are represented by a conformed /s/ signature in the filing of this document.

STIPULATION TO DISMISS
C14-0516 RS        2